

## COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

July 30, 2015

Michele Chimene
The Chimene Law Firm
2827 Linkwood Dr.
Houston, TX 77025

Raquel Perez
700 N. St. Mary's St., Suite 1825
San Antonio, TX 78205

G. Wade Caldwell
One Riverwalk Place, Suite 1825
700 N Saint Marys St
San Antonio, TX 78205-3507

RE:  Court of Appeals Number:    04-14-00655-CV
     Trial Court Case Number:    13-06-0559-CVA
     Style:                      Ivarene and Victor Hosek v. Rosale Scott

Dear Counsel:

The above cause has been set for formal submission and oral argument before this Court on Wednesday, September 9, 2015, at 9:00 AM, before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Karen Angelini, and Justice Jason Pulliam.

Argument is limited to twenty (20) minutes to each side and ten (10) minutes rebuttal for the appellant. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this notice.

The Court provides a guest WiFi network for parties arguing before the Court. The password to access the network is available at the Clerk's Office on the day of argument.

Very truly yours,

*Sandee Bryan Marion*

Sandee Bryan Marion, Chief Justice